IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mang,<br>    Plaintiff,<br><br>v.<br><br>Lutheran Children and Family Service of Eastern Pennsylvania, et al.,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 14-2019 |

## ORDER

AND NOW, this 12th day of August 2014, after review of Plaintiff's Motion to Remand, filed on April 16, 2014 (ECF 2) and all related briefing, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand is **GRANTED**.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Caitlin\Civil\14-2019 (Mang)\2014.8.11 Order Granting Remand.docx